# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150404(25)

IN RE J. CEDRIC SIMPSON, JUDGE
14A DISTRICT COURT

SC: 150404
JTC Formal Complaint 96

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

     On order of the Chief Justice, the motion of the Judicial Tenure Commission to extend the time for filing a new decision and recommendation as directed by this Court's remand order of December 23, 2015, is GRANTED. The new decision and recommendation will be accepted as timely filed if submitted within 28 days of the filing of the master's post-remand report. If the Judicial Tenure Commission's new decision and recommendation and the respondent's supplemental petition, if any, are not filed with this Court by March 25, 2016, the matter will not be scheduled for oral argument during the current term.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016

